## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAMON MONTIQUE CURRY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-24-658-SLP |
| JACKSON COUNTY SHERIFF'S OFFICE, et al., | ) |
| Defendants. | ) |

### **O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Shon T. Erwin entered August 14, 2024 [Doc. No. 7]. In the R&R, Judge Erwin recommends dismissal of this action without prejudice for Plaintiff's failure to comply with the Court's Order [Doc. No. 5] to cure deficiencies in his Motion to Proceed in Forma Pauperis. *See* R&R [Doc. No. 7] at 1-2. Judge Erwin advised Plaintiff of his right to object to the R&R and directed any objections be filed on or before September 3, 2024. *Id.* at 3. Judge Erwin further advised Plaintiff that any failure to object would waive Plaintiff's right to appellate review of the factual and legal issues addressed in the R&R. *Id.*

Plaintiff has neither filed an objection nor sought an extension of time in which to do so. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010). Upon review, the Court fully concurs with the analysis set forth in the R&R.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 7] is ADOPTED in its entirety and this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's Motion to Proceed in Forma Pauperis [Doc. No. 2] is DENIED as MOOT.

IT IS SO ORDERED this 9th day of September, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE